UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Grand Jury H-08-1

| UNITED STATES OF AMERICA | : | DOCKET NO.: _____ |
|---|---|---|
| | : | |
| v | : | |
| | : | Violation: 18 U.S.C. § 2250 |
| HARRY SANTANA | : | (Failure to register as sex offender) |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From on or about February 12, 2009, to on or about May 14, 2009, in the District of Connecticut and the Southern District of New York, HARRY SANTANA, the defendant, an individual required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and did knowingly fail to register and to update a registration as required by the Sex Offender Registration and Notification Act, to wit, the defendant moved from Connecticut to New York without updating his information with either Connecticut's sex offender database or

New York's sex offender database as required by law.

All in violation of Title 18, United States Code, Section 2250.

A TRUE BILL

_____
FOREPERSON

/s/

_____
NORA R. DANNEHY
UNITED STATES ATTORNEY

/s/

_____
MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY