UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:09CR204(RNC) |
| HARRY SANTANA | : | June 4, 2015 |

MEMORANDUM RE: REVOCATION HEARING

The defendant respectfully submits this very short memorandum regarding the revocation hearing scheduled for June 4, 2015. The purpose of the memorandum is to alert the Court to a proposed resolution of the revocation proceeding that is acceptable to all the parties.

As the Court may recall, Harry Santana had a tragic upbringing, characterized by abuse and neglect. As an adult, he has struggled to overcome that past and he has struggled with mental and emotional issues. For the past 14 months, he has been in custody. He committed a state offense by violating a restraining order and contacting his former girlfriend by telephone. For that offense, he received one year in jail. He was not able to qualify for any early release programs from the state sentence because the federal detainer for this violation hearing prevents such early release. Accordingly, he completed his state sentence on April 6, 2015. He has remained in custody, as a federal detainee, since that date because he was unable to come up with any bail package. Mr. Santana is homeless, and he could not get into any programs in this area.

Mr. Santana is a sex offender, and despite significant efforts, defense counsel and Mr. Santana were not able to locate any program or other facility that was willing to take him or that had any bed space. His closest relative is his sister, and she is in the process of relocating out of state. Additionally, her husband and Mr. Santana do not get along, and her husband would not consent to having Mr. Santana reside in their home. If released on supervision, Mr. Santana would have to live in homeless shelters, and his living quarters would be determined on a daily basis as shelters commonly require residents to leave in the morning and come back to sign up for available space later in the day.

As an alternative, defense counsel has arranged with Mr. Santana's family members for Mr.

Santana to reside in Bronx, New York with his mother. She is disabled. She is willing to have him reside in her home. Mr. Santana, however, could not be supervised by our United States Probation office while residing in another state. Subject to the Court's approval, the parties have reached an agreement. The parties here consist of the Assistant United States Attorney, the United States Probation Office and Mr. Santana. The parties agree that Mr. Santana could move to New York to reside with his mother, that he would register as a sex offender in New York, and that his term of supervised release would terminate. Defense counsel has confirmed this agreement with Assistant United States Attorney Mike Gustafson, Supervisory United States Probation Officer Brian Topor, and United States Probation Officer Paul Collette. This agreement is not binding in any way on the Court, but the parties offer it for the Court's consideration.

Respectfully submitted,

THE DEFENDANT,
Harry Santana

FEDERAL DEFENDER OFFICE

Dated: June 4, 2015      /s/ Terence S. Ward_____
Terence S. Ward
Federal Defender
10 Columbus Blvd, 6th FL
Hartford, CT 06106
Phone: (860) 493-6260
Bar No.: ct00023
Email: terence_ward@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2015, a copy of the foregoing memorandum re: revocation hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Terence S. Ward_____
Terence S. Ward