(Viol-Hrg 5/3/2013)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK Glynn, T.   RPTR/ECRO/TAPE Warner, D.
TOTAL TIME: _____ hours  9 minutes   USPO Topor, Brian   INTERPRETER _____
DATE: 6/4/15   START TIME: 2:08   END TIME: 2:17
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CRIMINAL NO. 09cr204 RNC    Deft # 1

UNITED STATES OF AMERICA

Michael Gustafson
AUSA

vs

Terry Ward

Harry Santana

Defendant's Counsel ☐ CJA ☐ Retained ☒ PDA

**VIOLATION OF PROBATION/SUPERVISED RELEASE (post sentencing)**

☐ PROBATION   ☒ SUPERVISED RELEASE
☐ IA REVOCATION HEARING _____ with PRELIMINARY REVOCATION HEARING _____
☐ COMPLIANCE REVIEW HEARING _____   ☒ REVOCATION HEARING _____

☐ ......... Deft arrested on _____
☐ ......... Deft failed to appear, Bench warrant to issue
☐ ......... Violation hearing continued to _____ at _____
☒ ......... Defendant admits violation as to mandatory condition #1
☐ ......... CJA 23 Financial Affidavit filed ☐ Sealed by the Court.
☐ ......... Court appoints _____ to represent dft ☐ For this proceeding ☐ for all proc.
           CJA Appointment date: _____.
☐ ......... Order Appointing Federal Public Defender's Office filed
☒ ......... Court finds deft ☒ has ☐ has not violated terms of ☐ probation ☒ supervised release
☒ ......... P̶r̶o̶b̶a̶t̶i̶o̶n̶/Supervised Release ☒ revoked ☐ continued ☐ modified
☒ ......... time served months imprisonment on Count(s) _____
☐ ......... Upon release the defendant shall be on supervised release for a term of _____ ☐ years ☐ months
☐ ......... ☐ Supervised release ☐ Probation continued for a period of _____ ☐ years ☐ months on
           count(s) _____
☐ ......... Deft shall pay a fine of $_____ on Count(s) _____ to be paid by _____
☐ ......... Court recommends incarceration at _____
☐ ......... Deft shall pay $_____ per month for the cost of ☐ Incarceration ☐ Supervised Release
           ☐ Community confinement (halfway house)
☐ ......... Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
☐ ......... Deft ordered to surrender on _____ to ☐ U.S. Marshal ☐ institution
☐ ......... Bond ☐ continued ☐ set at $_____ ☐ Non-surety ☐ Surety ☐ PR
☐ ......... Violation Sentencing set for _____ at _____
☐ ......... Defendant detained
☒ ......... The deft. will reside with his mother in the Bronx and will register as a sex offender in New York.
☐ ......... SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON PAGE II

# CONDITIONS OF ☐ SUPERVISED RELEASE ☐ PROBATION

☐...... Deft shall pay restitution in the amount of $_____ payable at the rate of $_____ per month

☐...... Deft shall be fined $_____ on count(s) _____ to be paid during the defendant's period of ☐ Supervised Release ☐ Probation on a schedule to be determined by the U.S.P.O.

☐...... Deft shall obtain a psychiatric and/or psychological evaluation and/or counseling; substance abuse treatment and/or counseling; submit to random urine testing & monitoring; educational and/or vocational training; _____ as deemed necessary by the U.S.P.O.

☐...... Deft shall pay the cost of supervision of $_____ per month.

☐...... Deft shall perform community service for a period of ____ hours per week for ____ years(s) for a total of _____ hours.

☐...... Deft shall obtain and maintain full employment

☐...... Deft shall have no association with or be in the presence of, use, fabrication, assembly, transfer or dealing with weapons of any kind.

☐...... Deft is confined to his/her home for a period of ____ months ☐ with electronic monitoring ☐ without electronic monitoring

☐...... Deft shall pay the costs of electronic monitoring

☐...... Deft is sentenced to community confinement (halfway house) for a period of _____ months

☐...... During the period of house arrest the deft shall be home at all times except for employment, religious obligations, medical attention, and community service. Deft shall engage in no social activities with the exception of those exclusively family oriented.

☐...... Deft shall have no involvement nor relationship with nor be in the presence of any person who uses, deals with, or distributes drugs, nor shall he/she be in the presence of any actual usage of, dealing or distribution of drugs of any nature.

☐...... _____

_____

_____

_____

_____