mal (Rev 5/12)

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

FILED
2015 JUN 11 PM 12 42

United States of America )
)
v. ) Case No.: 0205 3:09CR00204-001 – *RNC*
)
Harry Santana )
*Defendant* )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without necessary delay

*(name of person to be arrested)* Harry Santana

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
On April 24, 2014, 2014, Mr. Santana was arrested by the New Britain Police Department and charged with Criminal Violation of a Retraining Order under Docket # CR14-0272671-S. He is currently detained on a $50,000 bond.

Date: May 1, 2014

*Barbara J. Sunbury*
Issuing officer's signature

City and state: New Haven, CT

*Barbara J. Sunbury, Deputy Clerk*
Printed Name and Title

☐ INSTRUCTIONS: Check this box to lock fields when completed. Issuing Officer is the Clerk of Court

### Return

This warrant was received on *(date)* 5/1/14, and the person was arrested on *(date)* 6/4/15

at *(city and state)* Hartford, CT

Arresting officer's signature

Date: 6/4/15

MICHAEL NOVAK, WARRANT COORD, USMS
Printed name and title

Page 1 of 2